# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RODNEY HAMILTON

VERSUS

M. SERGEANT TEDRICK KNOX;
AND STATE OF LOUISIANA
THROUGH LOUISIANA DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS LOUISIANA STATE
PENITENTIARY

NO.   2022 CW 1325

MARCH 13, 2023

---

In Re:   Rodney Hamilton, applying for supervisory writs, 20th
Judicial District Court, Parish of West Feliciana, No.
24183.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.**   This writ application is untimely.
Relator's notice of intent was filed on November 14, 2022, more
than thirty days after the district court signed a judgment
granting the defendants' exception of nonjoinder, and notice of
judgment was mailed on October 6, 2022.   Although plaintiffs
filed a motion for a new trial following the district court's
grant of the exception, that ruling was interlocutory, and a
motion for new trial pertains only to final judgments and was
procedurally improper. Most significantly, the filing of a
motion for new trial seeking reconsideration of an interlocutory
ruling cannot interrupt the thirty-day period for filing an
application for supervisory writs established by Rule 4-3 of the
Uniform Rules of Louisiana Courts of Appeal. See **Carter v. Rhea**,
2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.₀*

---
DEPUTY CLERK OF COURT
FOR THE COURT